UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:17-cr-072-RFB |
| | ) | |
| vs. | ) | |
| | ) | |
| VONTEAK ALEXANDER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On May 3, 2017, Rachel Korenblat, Assistant Federal Public Defender, submitted an audio request for the Initial Appearance and Arraignment and Plea hearing of the defendant in this case that was held on April 18, 2017, before Magistrate Judge Nancy J. Koppe. A portion of the hearing was sealed (3:46:22 - 3:47:48).

**IT IS THE ORDER OF THE COURT** that the sealed portion of the audio shall be unsealed by the Clerk for the limited purpose of providing a copy of the audio as requested by Defense counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the audio shall thereafter be resealed by the Clerk until further order of this Court.

**IT IS FURTHER ORDERED** that Defense counsel shall not disclose the sealed contents of the audio of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED this 4th day of May, 2017.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE