# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00072-RFB |
| Plaintiff, | ORDER TO COMPLY WITH SUBPOENA |
| v. | |
| VONTEAK ALEXANDER, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Superior Court of California, Alameda County and the California Juvenile Justice Court comply with the previously issued Court-ordered subpoena, dated August 16, 2017, by immediately producing documents to the Federal Public Defender's Office and the United States Attorney's Office in Las Vegas, Nevada or to show cause by December 4, 2017 why the Superior Court of California, Alameda County and the California Juvenile Justice Court refuses to comply**.**

**DATED** this **20th** day of November, 2017.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE