UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00072-RFB |
| Plaintiff, | **ORDER TO COMPLY WITH SUBPOENA** |
| v. | |
| VONTEAK ALEXANDER, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that California Child Protective Services comply with the previously issued Court-ordered subpoena, dated August 16, 2017, by immediately producing documents to the Federal Public Defender's Office and the United States Attorney's Office in Las Vegas, Nevada or to show cause by December 4, 2017 why California Child Protective Services refuses to comply.

**DATED** this 20th day of November, 2017.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE