RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RACHEL KORENBLAT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rachel_Korenblat@fd.org

Attorney for Vonteak Alexander

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VONTEAK ALEXANDER,<br><br>Defendant. | Case No. 2:17-cr-072-RFB<br><br>**STIPULATION TO CONTINUE DEADLINE AND RESPONSE TO MOTION TO SUPPRESS**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rachel Korenblat, Assistant Federal Public Defender, counsel for Vonteak Alexander, that the deadline to the Motion to Suppress currently due on Monday, December 11, 2017, and the response to the Motion to Suppress currently due on Monday, December 18, 2017, both be vacated and continued to a date and time convenient to the Court, but no sooner than eleven (11) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel will be traveling out of the District on December 11, 2017.

2. Counsel for the government will be in trial during the government's response date.

2. The parties agree to the continuance.

3. Defendant is incarcerated and does not object to a continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein for the second motion to suppress.

DATED this 29th day of November, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE<br>Acting United States Attorney |
| By */s/ Rachel Korenblat*<br>RACHEL KORENBLAT<br>Assistant Federal Public Defender | By */s/ Elham Roohani*<br>ELHAM ROOHANI<br>Assistant United States Attorney |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

VONTEAK ALEXANDER,

    Defendant.

Case No. 2:17-cr-072-RFB

FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel and good cause appearing therefore, the Court finds that:

1. Defense counsel will be traveling out of the District on December 11, 2017.
2. Counsel for the government will be in trial during the government's response date.
3. The parties agree to the continuance.
4. Defendant is incarcerated and does not object to a continuance.
5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excusable under the Speedy Trial Act, title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

**ORDER**

IT IS THEREFORE ORDERED that the deadline to the Motion to Suppress currently scheduled on December 11, 2017, be vacated and continued to December 22, 2017, and the response deadline to the Motion to Suppress currently scheduled on December 18, 2017, be vacated and continued to December 29, 2017.

DATED this 30th day of November, 2017.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE