# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>VONTEAK ALEXANDER,<br><br>    Defendant. | Case No. 2:17-cr-072-RFB<br><br>**ORDER FOR PRODUCTION OF DOCUMENTS** |

Upon the motion of the defendant and there being good cause:

IT IS HEREBY ORDERED that the Las Vegas Metropolitan Police Department shall produce to the Federal Public Defender's Office in Las Vegas, Nevada within **ten (10) calendar days** of this order:

> all body camera recordings, reports, unit logs, dispatch logs, incident recall logs, dispatch or other audio recordings, communications records/audio files of radio transmissions, including base to car, car to base, car to car and telephone calls with time stamps, witness statements and any other records relating to Event Number LLV160416003871 and LLV160416004673.

IT IS FURTHER ORDERED that the Las Vegas Metropolitan Police Department shall, when it produces any records pursuant to this order, attach with this production **a certification by a custodian of records** that the records produced are all of the records within the possession of the Las Vegas Metropolitan Police Department that are responsive to this order.

DATED: this 6th day of February, 2018.

                                                    **RICHARD F. BOULWARE, II**
                                                  **UNITED STATES DISTRICT JUDGE**