DAYLE ELIESON
United States Attorney
ELHAM ROOHANI
Nevada Bar No. 12080
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
EMAIL: elham.roohani@usdoj.gov

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-cr-72-RFB-1 |
| Plaintiff, | STIPULATION TO CONTINUE SUPPLEMENTAL BRIEFING TO DEFENDANT VONTEAK ALEXANDER'S SEALED MOTIONS TO SUPPRESS |
| vs. | |
| VONTEAK ALEXANDER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between DAYLE
ELIESON, United States Attorney, and Elham Roohani, Assistant United States
Attorney, counsel for the United States of America, and PAUL RIDDLE, counsel for
defendant VONTEAK ALEXANDER, that the parties' simultaneous supplemental
briefing to the Sealed Motions to Suppress in the above-captioned matter, which is
currently set for, July 6, 2018, be continued to July 20, 2018.

This Stipulation is entered into for the following reasons:

1.    The parties have only recently received the relevant transcripts of the final
hearing and need additional time to prepare their arguments.

1

2. Defense Counsel does not object to the continuance.

3. Denial of this request for continuance could result in a miscarriage of justice.

4. The additional time requested herein is not sought for purposes of delay, but to allow for adequate and efficient response time.

5. This is the first request for a continuance of deadline for the parties' simultaneous supplemental briefing to the Sealed Motions to Suppress.

DATED this 29th day of June, 2018.

DAYLE ELIESON
United States Attorney

//s//
ELHAM ROOHANI
Assistant United States Attorney

//s//
PAUL RIDDLE, ESQ.
Counsel for Defendant ALEXANDER

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VONTEAK ALEXANDER,<br><br>Defendant. | 2:17-cr-72-RFB-1<br><br>ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

1. The parties have only recently received the relevant transcripts of the final hearing and need additional time to prepare their arguments.

2. Defense Counsel does not object to the continuance.

3. Denial of this request for continuance could result in a miscarriage of justice.

4. The additional time requested herein is not sought for purposes of delay, but to allow for adequate and efficient response time.

5. This is the <u>first request</u> for a continuance of deadline for the parties' simultaneous supplemental briefing to the Sealed Motions to Suppress.

## CONCLUSIONS OF LAW

Based on the fact that the parties have agreed to the continuance; and based on the fact that denial of this request for continuance could result in a miscarriage of justice, the Court hereby concludes that:

The ends of justice are served by granting said continuance, since the failure to grant said continuance would be likely to result in a miscarriage of justice and would deny adequate response time, taking into account the exercise of due diligence.

## ORDER

IT IS THEREFORE ORDERED that the deadline for the parties' simultaneous supplemental briefing to the Sealed Motions to Suppress is hereby reset to July 20, 2018.



_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: June 29, 2018.