# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-0072-RFB |
| Plaintiff, | **AMENDED ORDER** |
| v. | |
| VONTEAK ALEXANDER, | |
| Defendant. | |

On February 11, 2019, the Court granted defendant's 205 Emergency Motion to Consider Release to Attend Funeral Services, pursuant to the conditions identified at the hearing. As a condition of release, defendant was Ordered to re-surrender to the U.S. Marshals' Office on February 20, 2019 by 5:00 PM.

Based upon communication to the Court that the defendant is unable to re-surrender as ordered, IT IS ORDERED that Defendant's re-surrender date is extended to February 21, 2019 by 5:00 PM.

IT IS FURTHER ORDERED that if defendant misses his flight or cannot report to Las Vegas as required on February 21, 2019, he will be required to report to the U.S. Pretrial Services Office in Oakland, California by 2:00 PM. The defendant will be immediately remanded to the custody of the U.S. Marshals who are directed to transport him to Las Vegas, NV as soon as possible.

**DATED** this 21st day of February, 2019.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**