RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
PAUL D. RIDDLE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Paul_Riddle@fd.org

Attorney for Vonteak Alexander

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VONTEAK ALEXANDER,<br><br>Defendant. | Case No. 2:17-cr-00072-RFB<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Paul D. Riddle, Assistant Federal Public Defender, counsel for Vonteak Alexander, that the Sentencing Hearing currently scheduled on August 22, 2019, be vacated and continued to a date and time convenient to the Court, but no sooner than eight (8) weeks.

This Stipulation is entered into for the following reasons:

1. The parties request the additional time in order to properly prepare for the sentencing hearing.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 10th day of July, 2019.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| By */s/ Paul D. Riddle*<br>PAUL D. RIDDLE<br>Assistant Federal Public Defender | By */s/ Elham Roohani*<br>ELHAM ROOHANI<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VONTEAK ALEXANDER,<br><br>　　　　Defendant. | Case No. 2:17-cr-00072-RFB<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, August 22, 2019 at 3:00 p.m., be vacated and continued to October 24, 2019 at the hour of 3 : 00 p.m.; or to a time and date convenient to the court.

　　DATED this 23rd day of July, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE