# EXHIBIT C

**United States v. Alexander**
**Analysis of Lost Future Earnings**

| | | |
|---|---|---|
| Plaintiff's Birthdate | | 6/3/03 |
| Start Date of Losses | | 6/3/21 |
| Present Value Date | | 8/13/21 |
| Discount rate | [4] | 5.0% |

### Earnings Assumptions

| | | Projected College Age 18 - 22 | Projected Career Age 22+ | Actual |
|---|---|---|---|---|
| Expected Worklife (years) | [1] | N/A | 58.5 | 47.5 |
| End Date of Worklife | | | 12/3/61 | 12/3/50 |
| Base Earnings | [2] | $ 13,980 | $ 47,290 | $ 23,740 |
| Benefits as % of Earnings | [3] | 10.4% | 45.4% | 10.4% |
| Inflation rate | [5] | 2.8% | 2.3% | 2.8% |

| | Period | Age at Period End [1] | Projected Lost Wages [2] | + | Benefits [3] | = | Total Lost Earnings | Actual Wages and Benefits [2] [3] | Earnings Differential | x | PV Factor [4] | = | PV of Earnings Differential | PV of Cumuluative Earnings Differential |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2021 | 18.6 | $ 8,077 | | $ 840 | | $ 8,917 | $ 15,142 | $ (6,225) | | 1.00 | | $ (6,198) | $ (6,198) |
| 2 | 2022 | 19.6 | 14,367 | | 1,493 | | 15,860 | 24,397 | (8,537) | | 0.96 | | (8,175) | (14,373) |
| 3 | 2023 | 20.6 | 14,764 | | 1,535 | | 16,299 | 25,072 | (8,773) | | 0.91 | | (8,002) | (22,374) |
| 4 | 2024 | 21.6 | 15,173 | | 1,577 | | 16,750 | 25,765 | (9,015) | | 0.87 | | (7,832) | (30,207) |
| 5 | 2025 | 22.6 | 51,798 | | 23,506 | | 75,304 | 26,478 | 48,825 | | 0.83 | | 40,393 | 10,186 |
| 6 | 2026 | 23.6 | 52,990 | | 24,047 | | 77,037 | 27,211 | 49,827 | | 0.79 | | 39,258 | 49,444 |
| 7 | 2027 | 24.6 | 54,210 | | 24,601 | | 78,811 | 27,964 | 50,848 | | 0.75 | | 38,155 | 87,599 |
| 8 | 2028 | 25.6 | 55,459 | | 25,167 | | 80,626 | 28,737 | 51,888 | | 0.71 | | 37,087 | 124,685 |
| 9 | 2029 | 26.6 | 56,735 | | 25,747 | | 82,482 | 29,532 | 52,950 | | 0.68 | | 36,038 | 160,723 |
| 10 | 2030 | 27.6 | 58,042 | | 26,339 | | 84,381 | 30,349 | 54,032 | | 0.65 | | 35,023 | 195,747 |
| 11 | 2031 | 28.6 | 59,378 | | 26,946 | | 86,324 | 31,189 | 55,135 | | 0.62 | | 34,037 | 229,783 |
| 12 | 2032 | 29.6 | 60,745 | | 27,566 | | 88,311 | 32,052 | 56,259 | | 0.59 | | 33,081 | 262,864 |
| 13 | 2033 | 30.6 | 62,144 | | 28,201 | | 90,344 | 32,939 | 57,406 | | 0.56 | | 32,144 | 295,008 |
| 14 | 2034 | 31.6 | 63,574 | | 28,850 | | 92,424 | 33,850 | 58,574 | | 0.53 | | 31,236 | 326,245 |
| 15 | 2035 | 32.6 | 65,038 | | 29,514 | | 94,552 | 34,786 | 59,766 | | 0.51 | | 30,354 | 356,599 |
| 16 | 2036 | 33.6 | 66,535 | | 30,194 | | 96,729 | 35,749 | 60,980 | | 0.48 | | 29,500 | 386,099 |
| 17 | 2037 | 34.6 | 68,067 | | 30,889 | | 98,956 | 36,738 | 62,218 | | 0.46 | | 28,662 | 414,761 |
| 18 | 2038 | 35.6 | 69,634 | | 31,600 | | 101,235 | 37,754 | 63,480 | | 0.44 | | 27,851 | 442,611 |
| 19 | 2039 | 36.6 | 71,238 | | 32,328 | | 103,565 | 38,799 | 64,767 | | 0.42 | | 27,062 | 469,673 |
| 20 | 2040 | 37.6 | 72,878 | | 33,072 | | 105,950 | 39,872 | 66,078 | | 0.40 | | 26,298 | 495,971 |
| 21 | 2041 | 38.6 | 74,556 | | 33,833 | | 108,389 | 40,975 | 67,414 | | 0.38 | | 25,549 | 521,520 |
| 22 | 2042 | 39.6 | 76,272 | | 34,612 | | 110,885 | 42,109 | 68,776 | | 0.36 | | 24,824 | 546,345 |
| 23 | 2043 | 40.6 | 78,028 | | 35,409 | | 113,438 | 43,274 | 70,164 | | 0.34 | | 24,119 | 570,464 |
| 24 | 2044 | 41.6 | 79,825 | | 36,225 | | 116,049 | 44,471 | 71,578 | | 0.33 | | 23,437 | 593,900 |
| 25 | 2045 | 42.6 | 81,663 | | 37,059 | | 118,721 | 45,702 | 73,020 | | 0.31 | | 22,767 | 616,668 |
| 26 | 2046 | 43.6 | 83,543 | | 37,912 | | 121,455 | 46,966 | 74,489 | | 0.30 | | 22,119 | 638,787 |
| 27 | 2047 | 44.6 | 85,466 | | 38,785 | | 124,251 | 48,265 | 75,986 | | 0.28 | | 21,489 | 660,276 |
| 28 | 2048 | 45.6 | 87,434 | | 39,678 | | 127,112 | 49,601 | 77,511 | | 0.27 | | 20,880 | 681,156 |
| 29 | 2049 | 46.6 | 89,447 | | 40,591 | | 130,038 | 50,973 | 79,065 | | 0.26 | | 20,281 | 701,437 |
| 30 | 2050 | 47.6 | 91,506 | | 41,526 | | 133,032 | 48,309 | 84,723 | | 0.24 | | 20,698 | 722,135 |
| 31 | 2051 | 48.6 | 93,613 | | 42,482 | | 136,095 | - | 136,095 | | 0.23 | | 31,665 | 753,800 |
| 32 | 2052 | 49.6 | 95,768 | | 43,460 | | 139,228 | - | 139,228 | | 0.22 | | 30,855 | 784,655 |
| 33 | 2053 | 50.6 | 97,973 | | 44,460 | | 142,434 | - | 142,434 | | 0.21 | | 30,059 | 814,714 |
| 34 | 2054 | 51.6 | 100,229 | | 45,484 | | 145,713 | - | 145,713 | | 0.20 | | 29,286 | 844,000 |
| 35 | 2055 | 52.6 | 102,537 | | 46,531 | | 149,068 | - | 149,068 | | 0.19 | | 28,534 | 872,534 |
| 36 | 2056 | 53.6 | 104,897 | | 47,602 | | 152,500 | - | 152,500 | | 0.18 | | 27,805 | 900,339 |
| 37 | 2057 | 54.6 | 107,313 | | 48,698 | | 156,011 | - | 156,011 | | 0.17 | | 27,087 | 927,425 |
| 38 | 2058 | 55.6 | 109,783 | | 49,820 | | 159,603 | - | 159,603 | | 0.17 | | 26,391 | 953,816 |
| 39 | 2059 | 56.6 | 112,311 | | 50,967 | | 163,278 | - | 163,278 | | 0.16 | | 25,713 | 979,529 |
| 40 | 2060 | 57.6 | 114,897 | | 52,140 | | 167,037 | - | 167,037 | | 0.15 | | 25,055 | 1,004,584 |
| 41 | 2061 | 58.5 | 108,400 | | 49,192 | | 157,592 | - | 157,592 | | 0.14 | | 22,553 | 1,027,137 |
| | Grand Totals | | $ 3,016,309 | | $ 1,350,476 | | $ 4,366,785 | $ 1,075,020 | $ 3,291,765 | | | | $ 1,027,137 | |

**Notes:**

**[1]** Median worklife expectancy for women: a) With no diploma and no GED at the age of 18 = 47.50 years; b) With bachelor's degree at the age of 22 = 58.5 years (The Markov Process Model of Labor Force Activity: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors Gary R. Skoog, James E. Ciecka and Kurt V. Krueger, Table 21 & 25)

**[2]** Actual Wages are calculated based upon the national median wage for Waiter and Watresses. (Burea of Labor Statistics, Occupational Employment and Wage Statistics (OEWS) Survey, May 2020). Note: Earnings the federal minimum wage of $7.25 per hour, working 50 weeks per year, at 40 hours per week equates to annual earnings of $14,500.

Projected Lost Wages during years at college are based upon part-time work (20 hours per week, 50 weeks per year) earning the median wage of $13.98 per hour for Fast Food and Counter Workers in California. Career wages are based upon the median annual wage $47,290 for all occupations in California (Burea of Labor Statistics, May 2020 State Occupational Employment and Wage Estimates, California)

**[3]** Actual Benefits are based upon legally required benefits (social security, medicare, etc.) for civilian workers. These benefits are also applied to Projected College Earnings. Projected Career benefits are based upon total benefits (paid leave, insurance, retirement, legally required) for civilian workers (Burea of Labor Statistics, Employer Costs for Employee Compensation, March 2021, Table 1. Employer Costs for Employee Compensation by ownership)

**[4]** Represents the midpoint of the range of discount rates (3% - 7%) recommended for child maltreatment matters (The Economic Burden of Child Maltreatment in the United States And Implications for Prevention, Xiangming Fang, Derek S. Brown, Curtis Florence, and James A. Mercy, February 2012)

**[5]** Wage inflation for actual earnings based upon the compounded growth rate of national median wages for Waiters and Waitresses between 2011 and 2020. (Burea of Labor Statistics, Occupational Employment and Wage Statistics (OEWS) Survey, May 2020.) This growth rate is also applied to Projected College Earnings.

Wage inflation for Projected Career Earnings based upon the compounded growth rate of all occupations in California from 2011 to 2020. (Burea of Labor Statistics, State Occupational Employment and Wage Estimates, California.)