# EXHIBIT D

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>VONTEAK ALEXANDER,<br><br>    Defendant. | Case No.: 2:17-cr-00072-RFB<br><br>**DECLARATION OF DR. HALLEH SEDDIGHZADEH IN SUPPORT OF RESTITUTION CALCULATIONS FOR THERAPUTIC AND MENTAL HEALTH SUPPORT AND LOSS OF EARNINGS CAPACITY** |

1. I am a Forensic Traumatologist and cross-cultural Counter-Trafficking expert working internationally for the past 15 years, specializing in the psychological treatment of torture, complex traumatic stress, and dissociative conditions. With a focus on victims of cross-cultural, coercive, predatory trauma—including survivors of sex and labor trafficking, war, terrorism, gender-based violence, and youth who are vulnerable to indoctrination by violent extremist groups or cults. I have Ph.D. in Clinical Psychology, with specialized training in cross-cultural forensic mental health. I am the founder of ARMAN, a forensic mental health and human rights agency.

2. ARMAN is a multidisciplinary human rights organization that specializes in serving victims of extreme trauma, coercive control, and violence including youth indoctrinated by violent extremist groups, human trafficking victims, war refugees, and victims of gender-based violence. Our work is informed by a network of international trauma experts, law enforcement experts, mental and behavioral health experts, medical and academic researchers and practitioners all of whom have extensive experience treating and working with individuals who have suffered the most extreme forms of torture and trauma. It is from these experiences that ARMAN's culturally adept, multicultural values and holistic approach to healing are founded.

ARMAN's mission is to raise the standard of care for those whose needs cannot be met by traditional mental health facilities both in the U.S. and abroad.

3. I am submitting this sworn declaration in support of Jane Doe's Restitution Calculations for trafficking related therapeutic and mental health support and possible loss of earnings capacity. I was contracted through Justice At Last to provide a virtual trafficking analysis via phone to Jane Doe to assess and determine elements of exploitation related coercion, abuse and trauma.

4. I virtually met with Jane Doe for a total of 70 minutes on August 16, 2021 via phone. I also reviewed Jane Doe's Impact Statement, as well as her medical and relevant psychological records produced in this matter, including UCSF Benioff Children's Hospital Records; Alameda County DCFS Records; Willow Rock; Jane Doe Transcript from 4-16-2016; and Jane Doe's Forensic Medical Report.

5. Based on my expertise as a Traumatologist and Human Trafficking Expert, I believe the diagnosis of Post-Traumatic Stress Disorder (PTSD) as clinically assessed and determined by Willow Rock Adolescent Psychiatric Center 4/30/2016 as a result of being abducted, sexually exploited and trafficked at age of 12 by the defendant is accurate, and from Jane Doe's reported symptoms still a presenting issue to date. I recommend long-term psychiatric treatment for Jane Doe. From my expertise with child torture victims and child trafficking victims, they require lifelong care because they deal with short and long-term effects throughout their lives. In the short-term, Jane Doe currently reports suffering from flashbacks, insomnia, depression, and anxiety and this has likely contributed to her inability to maintain gainful employment and lack of motivation to pursue higher education. Over the long-term, it is possible for her to develop additional trauma-related problems with Socio-economic challenges, Trust, Forming relationships, Self-confidence and Self-esteem, Concentration, Learning Disorders, Chronic Fatigue, Emotional Dysregulation, Depressive disorders, Sleep disorders, Eating Disorders, Substance Misuse, Suicidal ideation, Heightened Cortisol levels and significant medical and health related issues that can result in Hypertension, Asthma, Chronic Obstructive Pulmonary Disease, Stroke, Kidney Disease, Obesity, Diabetes, High-blood pressure and even Cancer. Future life events such as defendant's eventual release from

prison, may also renew old traumas, requiring additional care throughout adulthood. All of these possible additional trauma-related problems could impact her earning capacity and contribute to further loss of earnings. My specific conclusions and recommendations for Jane Doe is as follows:

6. Based on the records and my meetings with Jane Doe, I concur with her existing diagnosis of PTSD. Based on my expertise, I believe the PTSD diagnosis is specifically related to her experiences with the defendant in which she was abducted and sex-trafficked at 12 years of age.

7. I recommend intensive individual therapy twice a week for 15 years, followed by a lifetime of ongoing individual therapy. This would include other forms of trauma therapy not limited to talk therapy, including art therapy, animal therapy, biofeedback, and EMDR (Eye Movement Desensitization and Reprocessing). Additionally, some type of case management and vocational counseling is recommended to support her and help keep her motivated to move forward with her healing.

8. Factoring in the level of expertise that would be needed to address the level of trauma of the PTSD diagnosed by Willow Rock Adolescent Psychiatric Center, I would estimate the minimum hourly rate would be $250 per hour.

9. I declare under penalty of perjury, that the foregoing is true and correct.

Executed on this 22nd day of August, 2021.

_____
Dr. Halleh Seddighzadeh

- 3 -
DECLARATION OF DR. HALLEH SEDDIGHZADEH