# EXHIBIT E

**United States v. Alexander**
**Analysis of Future Medical Expenses**

**Projected Minimum Out-of-Pocket Costs Related to Future Medical Expenses**

| | | |
|---|---:|---|
| Miniumum Duration of Therapy | 15 | years |
| Frequency of Sessions | 2 | per week |
| Total Sessions | 1,560 | sessions |
| Minimum Cost | $ 250.00 | |
| Minimum Out-of-Pockets Costs | $ 390,000 | |

**Additional Out-of-Pocket Costs Beyond Minimum Period**

| | Incremental Costs | Cumulative Cost |
|---|---:|---:|
| 15 - 20 Years | $ 130,000 | $ 520,000 |
| 20 - 25 Years | $ 130,000 | $ 650,000 |
| 25 - 30 Years | $ 130,000 | $ 780,000 |