```
RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org
```

Attorney for Vonteak Alexander

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>VONTEAK ALEXANDER,<br><br>        Defendant.<br><br>J. D.<br><br>        Interested Prarty. | Case No. 2:17-cr-00072-RFB<br><br>**STIPULATION TO CONTINUE MOTION HEARING**<br>(Second Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United States of America, and Rose M. Mukhar, Attorney for Victim Jane Doe, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Vonteak Alexander, that the Motion Hearing currently scheduled on October 14, 2021 at 3:00 p.m., be vacated and continued to a date and time convenient to the Court, but no earlier than sixty (60) days.

    The Stipulation is entered into for the following reasons:

1. On August 23, 2021, the interested party filed a submission for restitution seeking over 1 million dollars. ECF No. 321. Less than two weeks before this filing, undersigned counsel entered her notice of appearance. ECF No. 319. Since defense counsel's appearance, she has ordered the transcripts from the restitution and sentencing hearings in this matter. Defense counsel has received some but not all the transcripts ordered. As a result, counsel needs additional time to receive and review the transcripts in this case as well as research the interested party's submission, discuss it with her client, and prepare for the restitution hearing.

2. The parties agree to the continuance.

This is the second stipulation to continue filed herein.

DATED this 1st day of October 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|   /s/ Nisha Brooks-Whittington<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender |   /s/ Elham Roohani<br>By_____<br>ELHAM ROOHANI<br>Assistant United States Attorney |

  /s/ Rose M. Mukhar
By_____
ROSE M. MUKHAR
Attorney for Victim Jane Doe

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VONTEAK ALEXANDER,<br><br>　　　　Defendant. | Case No. 2:17-cr-00072-RFB<br><br>**ORDER** |

IT IS ORDERED that the Motion hearing currently scheduled for Thursday, October 14, 2021 at 3:00 p.m., be vacated and continued to   December 14, 2021   at the hour of   11:00    a .m.

DATED this  4th  day of October 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE