RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Vonteak Alexander

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00072-RFB |
| Plaintiff, | **STIPULATION TO CONTINUE MOTION HEARING** |
| v. | (Third Request) |
| VONTEAK ALEXANDER, | |
| Defendant. | |
| J. D. | |
| Interested Prarty. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United States of America, and Rose M. Mukhar, Attorney for Victim Jane Doe, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Vonteak Alexander, that the Motion Hearing currently scheduled on December 14, 2021 at 11:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than sixty (60) days.

The Stipulation is entered into for the following reasons:

1. Defense counsel entered her notice of appearance in this case on August 12, 2021. ECF No. 319. On August 23, 2021, the interested party filed a supplemental request for restitution seeking over 1 million dollars. ECF No. 321.

2. In preparation for the restitution hearing, defense counsel ordered the sentencing and restitution hearing transcripts. Counsel has received those transcripts. Counsel continues to review the transcripts and other materials in this case to familiarize herself with the issues relevant to the restitution hearing. However, defense counsel needs additional time to finish her review of the materials, further research the supplemental request for restitution, discuss these issues with her client, and prepare for the restitution hearing.

3. The parties agree to the continuance.

This is the third stipulation to continue filed herein.

DATED this 3rd day of December 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Elham Roohani*<br>By_____<br>ELHAM ROOHANI<br>Assistant United States Attorney |

   */s/ Rose M. Mukhar*
By_____
ROSE M. MUKHAR
Attorney for Victim Jane Doe

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VONTEAK ALEXANDER,<br><br>    Defendant. | Case No. 2:17-cr-00072-RFB<br><br>**ORDER** |

IT IS ORDERED that the Motion hearing currently scheduled for Tuesday, December 14, 2021 at 11:00 a.m., be vacated and continued to    February 17, 2022    at the hour of   9 : 00   a  .m.

DATED this 4th   day of December 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE