RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Vonteak Alexander

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>VONTEAK ALEXANDER,<br><br>    Defendant.<br><br>J. D.<br><br>    Interested Prarty. | Case No. 2:17-cr-00072-RFB<br><br>**STIPULATION TO CONTINUE THE DEADLINE FOR DEFENDANT TO FILE A RESPONSE TO THE SUPPLEMENTAL REQUEST FOR RESTITUTION**<br>**(ECF NO. 321)**<br><br>(Second Request) |

  IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rose M. Mukhar, Attorney for Victim Jane Doe, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Vonteak Alexander, to continue the deadline for defendant to file a response to the interested party's supplemental request for restitution by February 4, 2022.

  The Stipulation is entered into for the following reasons:

1. Defense counsel has been diligent in reviewing this case and researching the issues to respond to the interested party's request for restitution. Besides this matter, defense counsel is preparing for trial scheduled to commence on February 14, 2022. Defense counsel seeks additional time to meet with her client prior to finalizing the response and to finalize the response for filing.

2. The parties agree to a continuance.

This is the second stipulation filed regarding defendant's response to the supplemental request for restitution.

DATED this 28th day of January 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Christopher Burton*<br>By_____<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |

*/s/ Rose M. Mukhar*
By_____
ROSE M. MUKHAR
Attorney for Victim Jane Doe

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00072-RFB |
| Plaintiff, | **ORDER** |
| v. | |
| VONTEAK ALEXANDER, | |
| Defendant. | |

IT IS ORDERED that the defendant may file a response to the supplemental request for restitution (ECF No. 321) by February 4, 2022.

DATED this 31st day of January 2022.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE