RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Vonteak Alexander

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VONTEAK ALEXANDER,<br><br>　　　　Defendant. | Case No. 2:17-cr-00072-RFB<br><br>**STIPULATION AS TO PAYMENT OF RESTITUTION** |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting United States Attorney, and Afroza Yeasmin, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Vonteak Alexander, that the restitution hearing currently scheduled for September 9, 2025 at 9:15 a.m., be vacated and that restitution be issued as follows:

The Stipulation is entered into for the following reasons:

1. The parties have resolved the issue of restitution and jointly request that the Court impose a restitution amount of $3,000.00 to A.B.W.

2. The parties further jointly request that the Court amend the judgment issued in this case to reflect the restitution amount of $3,000 and attach to the judgment the restitution

list submitted separately to the Court's courtroom deputy, on August 20, 2025, to this stipulation.

    3.    The parties also agree that Mr. Alexander does not have the ability to pay interest and therefore request, pursuant to 18 U.S.C. § 3612(f)(3)(A), that this Court waive the requirement for interest.

DATED this 20th day of August 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>Acting United States Attorney |
|    */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender |    */s/ Afroza Yeasmin*<br>By_____<br>AFROZA YEASMIN<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>VONTEAK ALEXANDER,<br><br>       Defendant. | Case No. 2:17-cr-00072-RFB<br><br>**ORDER** |

    FINDING GOOD CAUSE exists to vacate the restitution hearing, IT IS HEREBY ORDERED that said hearing shall be vacated.

    IT IS FURTHER ORDERED that the judgment in this case shall be amended to reflect the award of restitution in the amount of $3,000.00 to A.B.W.

    IT IS FURTHER ORDERED that the restitution list provided to the Court's courtroom deputy, on August 18, 2025, shall be attached to the amended judgment.

    DATED this 21st day of August 2025.

                                                                                          _____<br>                                                                                     UNITED STATES DISTRICT JUDGE