SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264
AFROZA YEASMIN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Afroza.Yeasmin@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        vs.<br><br>VONTEAK ALEXANDER,<br><br>                Defendant. | Case No.: 2:17-cr-00072-RFB<br><br>**UNOPPOSED MOTION TO AMEND THE NAME OF THE RESTITUTION PAYEE** |

The United States of America, through the undersigned, moves for an order to amend the current restitution list, filed under seal as Exhibit 1, which was attached to the amended judgement of restitution order [ECF No. 400], dated August 21, 2025. The amended judgement of restitution order [ECF No. 400] directs restitution in the amount of $3000 to A.B.W., the victim in the instant matter. The current restitution list, filed under seal as Exhibit 1 directs payments of restitution to Lindsay Marum, attorney for the victim, in trust for A.B.W. Counsel for the victim, and the victim, have requested that restitution checks be made payable to the victim, rather than to the attorney in trust for the victim. Accordingly, the United States is requesting that the amended judgement order [ECF No. 400] be amended to reflect that the updated restitution list, filed under seal as Exhibit 2, dated

1    November 6, 2025, be attached to the order [ECF No. 400]. The updated restitution list, filed

2    under seal as Exhibit 2, reflects that the payee is A.B.W. rather than Lindsay Marum in trust

3    for A.B.W. Additionally, as in all restitution matters, the United States has provided a

4    redacted copy of the updated restitution list (Exhibit 3), dated November 6, 2025, for public

5    filing should this order be granted.

6           Counsel for the defendant does not oppose this motion.

7           Dated this the 6th day of November, 2025.

8                                          Respectfully Submitted,

9                                          SIGAL CHATTAH
                                           Acting United States Attorney

10
                                           /s/ *Afroza* Yeasmin
11                                         AFROZA YEASMIN
                                           Assistant United States Attorney

12   The Court GRANTS the motion IN PART.  This Order AMENDS the RESTITUTION in this

13   matter as to this particular victim. The Clerk's Financial Department is ORDERED to  modify

14   the Payee of the restitution payments as reflected in this Order and EXHIBIT 2 filed at [405].

15   Further, the Court ORDERS the Clerk to supply a copy of this order and the exhibit to the

16   Finance Office of the Clerk's Office. The Judgment will not be amended.

17

18

19

20           Dated:    November 7, 2025
21                     _____

22

23                                         _____
                                           HONORABLE RICHARD F. BOULWARE
                                           UNITED STATES DISTRICT JUDGE
24